**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CONTROL SYSTEMATION, INC.,**

      **Plaintiff,**

-vs-                                          **Case No. 6:05-cv-96-Orl-31KRS**

**CONTROLLED SEMICONDUCTOR,**
**INC., JON W. HEYL, WILLIAM**
**FEMMER, and SONYOUNG S. HEYL,**

      **Defendants.**
_____

## ORDER

Having reviewed the submissions of the parties (Docs. 85 and 86) and for the reasons stated in open court on January 23, 2008, it is

**ORDERED** that:

1. Defendant, Controlled Semiconductor, Inc. ("Consemi") is hereby held in civil contempt for its pbulication of an ad in the August 2007 edition of ELECTRONIC DEVICE ANALYSIS magazine (the "magazine") which violated this Court's judgment dated October 6, 2007;

2. As a sanction for such contempt, Consemi shall:

    a.    publish the retraction as set forth in Attachment A hereto in the April edition of the magazine; and

    b.    reimburse Plaintiff the reasonable cost, including attorney's fees, of bringing the motion for contempt.

3. Plaintiff shall file a statement of its costs (including counsel's trip to Orlando on January 8 and 9, 2007) with supporting documentation by February 15, 2008. Consemi may file its written response by February 25, 2008.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 4, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE