**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CONTROL SYSTEMATION, INC.,**

    **Plaintiff,**

**-vs-**                     **Case No. 6:05-cv-96-Orl-31KRS**

**CONTROLLED SEMICONDUCTOR, INC., JON W. HEYL, WILLIAM FEMMER, and SONYOUNG S. HEYL,**

    **Defendants.**

## ORDER

On February 4, 2008, this Court entered an order (Doc. 87) holding Defendant Controlled Semiconductor, Inc. ("CSI") in civil contempt and ordering it, *inter alia*, to reimburse Plaintiff the reasonable cost, including attorney's fees, of bringing the motion for contempt. On February 7, 2008, the Plaintiff filed its Statement of Costs (Doc. 89), which purported to demonstrate that the Plaintiff reasonably incurred $22,964.93 in costs, including attorney's fees, in connection with bringing that motion.

In its Memorandum in Opposition (Doc. 91) to the Statement of Costs, CSI does not object to the following items: $653.61 in travel expenses; $313.72 in "Standard (2% of fees) Telephone, Telecopy and Postage" surcharges; and $387.50 in fees for attorneys John Francavillo, Ashley Hirt, and Glenn Huzinec. Thus, these items (totaling $1,354.83) will be allowed as unopposed.

CSI does object to the fees of attorney Peter F. Schechter, who billed his client for 38.8 hours of work at $575 per hour in connection with the contempt proceedings. According to CSI,

the instant proceedings "required very little briefing and one hearing that lasted less than thirty minutes." (Doc. 91 at 2). CSI notes that the Defendants confessed to violating the terms of the consent injunction and contends that the only issue left for the Court to determine was the appropriate sanction. CSI proposes that Schechter should be limited to 10 hours at a rate of $350 per hour. (Doc. 91 at 4).

After reviewing the papers, the Court agrees that reimbursement at the rate prevailing in New York City is not appropriate in this matter, as there has been no demonstration that any expertise not readily available in this area was required to address this issue. Based on the undersigned's own familiarity with the prevailing rates for this sort of work in the Orlando area, I find that a rate of $400 per hour is appropriate for lead counsel in this matter. As for the amount of hours, the Court finds that the matter was significantly more involved than CSI alleges, requiring significant investigation and other preparation beyond the briefing and short hearing. In addition, the Court notes that CSI has not argued that a single time entry by Schechter is either unnecessary or too vaguely described to be assessed. As such, the Court will award the entire 38.8 hours sought for Schechter's work. At a rate of $400 per hour, this totals $15,520. When added to the $1,354.83 in costs to which CSI did not object, this results in a total of $16,874.83. Accordingly, the Clerk is **DIRECTED** to enter judgment in favor of the Plaintiff and against Defendant Controlled Semiconductor, Inc. in the amount of $16,874.83

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 25, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party